Sandford L. Frey (SBN 117058)
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
200 South Los Robles Avenue, Suite 210
Pasadena, California 91101
Telephone: 626.796.4000; Facsimile: 626.795.6321
E-mail: *sfrey@leechtishman.com*

Attorneys for Shaman Bakshi

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO.: 2:18-bk-14672-VZ |
| **SHAMAN BAKSHI,** | Chapter 7 |
| | **STIPULATION BY AND BETWEEN DEBTOR AND CHAPTER 7 TRUSTEE CONTINUING MEETING OF CREDITORS AND EXTENDING TIME FOR THE CHAPTER 7 TRUSTEE AND/OR THE UNITED STATES TRUSTEE TO OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727(a)** |
| Debtor. | |
| | 341(a) Meeting:<br>Old Date: May 22, 2018<br>New Date: July 18, 2018<br>Time: 9:00 a.m.<br>Place: 915 Wilshire Blvd., 10th Floor,<br>Meeting Room 2,<br>Los Angeles, California |

**WHEREAS**, Shaman Bakshi ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*., (the "Bankruptcy Code");

**WHEREAS**, Brad D. Krasnoff ("Chapter 7 Trustee") was appointed as the interim chapter 7 Trustee;

**WHEREAS**, the 341 Meeting of Creditors ("Meeting of Creditors") is scheduled for May 22, 2018 at 9:00 a.m.;

///

1
STIPULATION CONTINUING MEETING OF CREDITORS AND EXTENDING TIME TO OBJECT TO DISCHARGE

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVNUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

**WHEREAS**, the deadline to file an action objecting to discharge under 11 U.S.C. § 727(a) is July 23, 2018.

**WHEREAS**, the Debtor is scheduled for a business trip that will last throughout most of May and June 2018;

**WHEREAS**, the Debtor has requested that the Meeting of Creditors be continued until after July 1, 2018;

**WHEREAS**, the Chapter 7 Trustee has agreed to continue the Meeting of Creditors until after July 1, 2018 provided the Debtor agrees to an extension of the deadline for the Chapter 7 Trustee and the United States Trustee to file an action objecting to discharge under 11 U.S.C. § 727(a).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

STIPULATION CONTINUING MEETING OF CREDITORS AND EXTENDING TIME TO OBJECT TO DISCHARGE

727(a).

## STIPULATION

WHEREFORE, based upon the foregoing facts, the Debtor and the Chapter 7 Trustee stipulate and agree as follows:

1) The Meeting of Creditors will be continued until July 18, 2018; and
2) The deadline for the Chapter 7 Trustee and/or the United States Trustee to file an action objecting to discharge under 11 U.S.C. § 727(a) will be extended until September 14, 2018.

DATED: May 3, 2018

By: _____

Shaman Bakshi, Debtor

By: _____

Brad D. Krasnoff, Chapter 7 Trustee